STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Derriel Carlton McCorvey
Attorney at Law
P. O. Box 2473
Lafayette La 70502

REHEARING ACTION: November 17, 2010

**Docket Number: 10   00551-CA**

**SHAUNN CAILLIER MCCORVEY HARDEN**
**VERSUS**
**DERRIEL CARLTON MCCORVEY**

**Appealed from ST. LANDRY Parish Case No. 02-C-2619-D**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing and the request for rehearing by a five judge panel filed by **Derriel Carlton**

**McCorvey** has this day been

   **DENIED.**

cc: Alisa Ardoin Gothreaux, Counsel for the Appellee